IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-02524-WDM-MJW

JOHN D. LONGWELL AND
MARY ELLEN KENNEDY,

    Plaintiffs,

v.

PLAN ADMINISTRATOR OF THE PRIMA ENERGY CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 21, 2005.

                                      BY THE COURT:

                                      /s/ Walker D. Miller
                                      United States District Judge

PDF FINAL